435 A.2d 264

Commonwealth v. Demianczyc, Appellant.

 Submitted March 21, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.